We are here today to determine whether Mr. Strickland's oriented plot 3 takes up his responsibility for enforcing laws. In discussion of forced laws, the trial court indicated that very little force was required to orient a plot to the conduct of oriented plot 3. The condition stated that the level of force is insufficient to cause pain, injury, or injury to the subject. This may be the case with categorical oriented plot 3. The categorical oriented plot 3 looks not at the importance of this problem and does not look at whether or not we are going to cause harm to the subject in the sense that we are going to do harm to the subject. I may be presumptuous to point here indicating that we should use a categorical or modified categorical approach. In this case, we use a categorical approach. Most times, we just have a sense that the statute has to be limited to force required. The statute has to be divisible in order to modify a categorical approach. We want to assume that we are charging the subject with force. As of November 2010, there has been a pretty long struggle in this court in Texas. I think that no one in the state has spoken to me about this struggle. I've spoken about this struggle in cases more than once in this court. There are three cases that I will discuss today. Safety jobs. Safety jobs, I think safety really is going to make an impact in all the cases that are submitted here today. I think safety law is also going to make an impact. Safety jobs and essentially how to force cash in case, in that case, more important part of the case. I hope that force is sufficiently being denoticed by the court general's decision to meet Oregon's law of free conversion. Thank you. Thank you. Mr. Tyson, I'm hearing a lot of things that seem to be more for this later, or it's a few years to change. Why don't we look at what the Oregon Supreme Court has to say about what is the force required? Well, I think the Oregon Supreme Court also, and Paul also indicated that in this matter, force is also required in order to separate the land from money that gets shared by the defendant. Certainly, in that case, overall, in the previous cases, I think in this case, we get to meet cash or the liability that you have in determining what force is required in the Oregon law. But, Mr. Tyson, we have here some extra stakeholders to speak as well. Let's say that we have one outlier in the lower of the stakeholders that seems inconsistent, but it's important to make sure that we draw the best possible analysis into Oregon law. So, I think that the bulk of the Supreme Court's Oregon court opinion is an Oregon court opinion that's clearly indicated that the Oregon Supreme Court force is required to meet at one point in the prosecution's timeline. In the event that it's the Oregon Supreme Court's right time, I'll agree with Mr. Tyson that the Oregon Supreme Court decision on the rules of the previous decision to make the state of the law Oregon can under Johnson be won by the Oregon Supreme Court. It has to do with the decisions in the community. Mr. Tyson, would you agree with the conclusion of Judge Lawson's question about the under jurisdiction cases? So, we have six cases here. The point of objection that I would suggest is that you've got a couple of arguments to make about the under jurisdiction cases. And I think that the under jurisdiction cases are the ones that are supposed to be subject to the law. I think that the amount of work required in U.S. court of state to bring in state of the law is very different than the state of the law is for a judge's case. The first objection case, the first objection case, and it doesn't need to address jurisdiction cases. It's not jurisdiction cases. It's not a law case. It's not a law case. It's not a law case. It's not a law case. So, let's talk about the first one. Well, I mean, that's a whole other topic. Well, it's a different subject. First of all, to me, the importance of the court of jurisdiction. I think that as a jurisdiction, to me, the force of violence in the cause of the law is important. Why is that? Because in Justice 101, you're required a force of jurisdiction to cause any pain or injury. It's not a language in the cause of the law. Because you don't think that these are enemies of the law. I don't need to address the issue of violence. I don't need to address the issue of force of jurisdiction. I don't need to address the issue of injury or pain. I don't need to address the issue of force of jurisdiction. So, I think the issue of the force was to bring the court to a stage where the subject could agree. So, I think people are going to be unsure of the actual effect of the court's force on the person who is being displaced or who is forced. And that is why it's important that we practice the state law course or the state law course because it indicates strongly that the maximum amount of force in this issue can be enjoyed by the case judge. Again, Justice 101 requires more than that. Justice 101 requires. Thank you. Thank you. Thank you. Thank you. My name is Amy Dooley and I represent the United States. The issue here is whether it was Davey Johnson, Jordan Springford, Senator Alpire Chase, or they made a bold statement saying, State versus Georgia, Oregon Supreme Court. I'm sorry, Oregon Court of Appeals. Whether they insubordinate the Oregon law to me, that first statute is robbery-free. And I think we can look back to the early days to find out that, in fact, they resisted and first they ruled that the first statute is a violent robbery-free. So the question is, what happens? In Davey Johnson, we have a decision where the Court of Appeals is evaluating whether, in a right-less-favorable development, a reasonable jury could find that when this gentleman pulled the purse off of an individual woman with a cane on the stairs, was he intent on He did, but the Court of Appeals, what was his intent? Was the intent to overcome resistance to state property? And I think that's what's critical about Oregon's robbery-free. It's different from the battery cases that have been issued since Johnson 1, as they call it. Because you have what the Oregon courts have described as two kinds of law. A theft and an assault. And what Williams tells us is, is the threat of the robbery effect is the threat of harm to the person. And I think I think the point is It's an intent to avoid for noticing. So there is no, sort of, a touchdown tag in the Williams case. I think he was intending to take her property and avoid resistance. And the Williams can check that in that situation once he's pulled it off. They have a list now of the force that could be subject to robbery-free. Certainly, I agree with that case. They found that a jury could reasonably decide, given all the facts, that it was robbery-free. I don't think the state of Johnson, the general state, was a robbery-free Oregon law. And I think what this court said, and for us, when they were revisiting the Arizona resisting arrest case, in those cases, there was an overwhelming shift in Arizona law. I think the court specifically said, under the surveillance law, it is now that resisting arrest in Arizona requires minimal force. So the court found that it would not apply to violence in this situation. So, what I'm saying is, when you look at the surveillance Oregon law, the compelling decision to robbery-free, which involves a minimal force to overcome resisting, does meet the Williams test in this case, and it is a valid case in court. So, of course, you think we want to do that. I don't think there's a problem with that. I do not believe robbery-free is a violent and painful situation. There's a threat of the violent and painful force that is required of the state. I do not believe it is a violent and painful situation. We are urging the courts to consider this as a state court's decision in this case, because the Oregon state's laws have been in place for quite a number of years. We have, in that case, the court was trying to reduce the number of states to allow robbery. And, of course, the Oregon state has a substantial community of police forces, and we had a pretty close-knit address in Congress. It's a pretty close-knit address that we had. I'm wondering what we're supposed to do when we have these states, and the courts are supposed to be a state, and the federal government, and the state government, and the high levels of media, and the government, and this court is supposed to try to look at how to lower a court's decision. I'm not talking about the state's law. It's just the Oregon state's law. It's just the Oregon state's law. Well, I think, Gerald, what the state supreme court says, I think the state supreme court is the controlling body that determines a law. And, as you mentioned, in the Hamilton case, it does fit the Johnson-Wong situation. In robbery 3, it is the violent and painful force that is under Johnson 1. So, I think even after this court's decision, the court is supposed to look at how to look at the controlling state law, not the outlier in the case. It's not the one on the case, all the individuals involved in this person's case. It is what does Oregon treat as robbery 3? Does it require the violence and the force that Johnson 1 requires? And I believe it does, and it's sufficient to be put together. I think we have a lot of questions, and I'm going to raise a couple of them. I'm going to start with the first one. So, to answer the first question, can a conviction of robbery 3, more than 18 months, or the day of the incident was in 1997, and I believe he was also convicted in 1997. I'm not a judge, but I'm not a lawyer. Yeah, we don't have a court so much right now, so it's actually a 16-year-old. Okay. When you look at the case of a conviction of robberies, when you look at the interpretation of the Oregon law, it's not just about the time or the situation, but when you look at the interpretation of the law, it's not just about the substance of the law, it's just about the time. And the substance of the law is just a conjunction of the substance, so it's not just the time of the crime, it's just the time of the crime. So, the conviction of robbery 3, which is the day of the incident, which makes sense because the law is a conjunction of the time, and that's just the time of the crime, and it's the time of the law, and it's a case where she has the right to be released, and it's a case where she has the right to be free, and that's just the time of the crime, and that's just the time of the conviction, and that's just the time of the conviction. I'm sorry to interrupt, but this is a special court, so this is not a trial. This is not a trial. Okay. Okay. I definitely agree, Your Honor. I can see the potential for that to become a problem, particularly if the crime that was convicted of earlier would be much more severe later. So, I certainly understand.  I've been in prison for 15 years. I don't know what the guidelines would be for the ones that I'm serving, but the maximum sentence I can get is not a criminal offense. I would certainly welcome the opportunity to do that, because I am prepared to answer that question today, and I have to do that. Okay. If you'd like to send your questions, I'll just send them to you. Thank you very much. Thank you.
judges: Kozinski, Fisher, Watford